IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TERRY S. EVERSOLE, )
)
Plaintiff, )
)
v. ) CIVIL NO. 3:11cv428-DJN
)
FORD MOTOR COMPANY, et al., )
)
Defendants. )

## ORDER

This matter is before the Court to address the representation of counsel for the Plaintiff that she "had not familiarized [herself] with the Local Rules, except to read Local Rule 56, without referring back to Rule 7(F)." (Pl.'s Mot. for Ext. to Resp. at 2, ECF No. 30). The Court REMINDS counsel that, as part of her oath taken when she was admitted to practice in this Court, she certified that she had previously read this Court's Local Rules. E.D. Va. Loc. R. 83.1(C); *see also* Attorney Admission Procedure, available at http://www.vaed.uscourts.gov/formsandfees/documents/Richmond_Attorney_Admission_Application2_003.pdf. Accordingly, the Court hereby ORDERS counsel for the Plaintiff to read this Court's Local Rules within three (3) days of the entry of this Order and then submit a certification to the Clerk of the Court attesting that she has re-read the Local Rules and will comply with them in the future.

Let the Clerk file this Order electronically and notify all counsel accordingly.

It is so ORDERED.

/s/
David J. Novak
United States Magistrate Judge

Richmond, Virginia
Dated: March 26, 2012